IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARBARA DENNIS, on behalf of the ESTATE OF JAMES CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 3:16-CV-3148-G-BN |

## DEFENDANT'S MOTION TO QUASH
## OR ALTERNATIVELY, FOR PROTECTIVE ORDER

Defendant United States of America moves to quash or, alternatively, for protective order from Plaintiff Barbara Dennis's Amended Second Notice of Deposition of a Corporate Representative with subpoenas duces tecum, dated August 8, 2017 pursuant to Federal Rule of Civil Procedure 26(c). Defendant's brief is filed concurrently with this motion pursuant to the local rules. See N.D. Tex. L. Civ. R. 7.1(d).

Dated: September 7, 2017

Respectfully Submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*s/ Mary M. (Marti) Cherry*
Mary M. (Marti) Cherry
Assistant United States Attorney
Texas State Bar No. 24055299
1100 Commerce Street
Third Floor
Dallas, TX  75242
Telephone:   214-659-7600
Facsimile:   214-659-8807
E-mail:   mary.cherry@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred multiple times with counsel for Plaintiff regarding Defendant's objections to the deposition of a corporate representative and to re-producing documents at the deposition.  (App'x 54-55, 70-77, 95-98).  Counsel for Plaintiff advised that he is opposed to the motion.  (App'x 99, 113).

**Defendant's Motion to Quash or Alternatively, for Protective Order – Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2017, a true copy of the foregoing was submitted via the electronic case filing system with the Clerk of the U.S. District Court, Northern District of Texas and served upon all opposing parties, or their attorneys of record, by electronic delivery on this date.

*s/ Mary M. (Marti) Cherry*
Mary M. (Marti) Cherry
Assistant United States Attorney